NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIP W. GOODE, III,**
*Appellant*

**v.**

**FEDERAL RETIREMENT THRIFT INVESTMENT BOARD,**
*Appellee*

---

2025-2135

---

Appeal from the FRTIB Federal Retirement Thrift Investment Board in No. CSA9119427.

---

Before PROST, CHEN, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

Following this court's October 14, 2025 order directing the parties to address this court's jurisdiction, the parties agree the case should be transferred to the United States District Court for the District of Columbia.

On July 22, 2025, the Federal Retirement Thrift Investment Board appears to have issued Philip W. Goode, III a letter denying his appeal from an earlier decision denying his "request to change [his] beneficiary

designation and redistribute the estate beneficiary payment from Ms. Sheila Goode's account," ECF No. 1-2 at 2, while noting that Mr. Goode "retain[s] the right to file suit in federal district court under 5 U.S.C. § 8477(e)(3)(C)(i)." Mr. Goode then filed a petition for review with this court.

This court's authority to review decisions from agencies is limited to only certain originating tribunals. *See* 28 U.S.C. § 1295; Practice Notes to Fed. Cir. R. 15 (identifying statutes providing for our review of certain agency decisions). We do not have jurisdiction over the Federal Retirement Thrift Investment Board's decision here. Instead, we agree with the parties that transfer to the United States District Court for the District of Columbia is appropriate. *See* 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 10, 2025
Date